# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

|  |  |
|---|---|
| **KILLA BEES DISTRIBUTION LLC**, dba **KILLA BEEZ**, an Oregon limited liability company; and **KEVIN WONG**, and individual,<br><br>       Plaintiffs,<br><br>     v.<br><br>**LEFT COAST FINANCIAL SOLUTIONS, INC.**, an Oregon corporation; **LEFT COAST FS HOLDINGS, INC.** dba **LCFS**, an Oregon corporation; **LEFT COAST FS RANCHERIA, INC.**, an Oregon corporation; **CASEY ELIZABETH NYE-HERRINGTON**, an individual; **DANIEL HERRINGTON**, an individual; **NICHOLAS RUPP**, an individual; **DOMINIQUE VILLELA**, as an individual and in his capacity as a member, manager, or employee of **SHOT VENTURES, LLC**; **SHOT VENTURES, LLC**, an Arizona limited liability company; and **DOES 1 through 25**,<br><br>       Defendants. | Case No. 3:23-cv-1629-JR<br><br>**ORDER** |

PAGE 1 – ORDER

**Michael H. Simon, District Judge.**

United States Magistrate Judge Jolie Russo issued Findings and Recommendation in this case on March 10, 2026. Judge Russo recommended that this Court grant Plaintiffs' Motion for Default Judgment against Defendants Left Coast Financial Solutions, Inc., Left Coast FS Holdings, Inc., and Left Coast FS Rancheria, Inc. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

PAGE 2 – ORDER

No party having made objections, the Court follows the recommendation of the Advisory Committee and reviews Judge Russo's Findings and Recommendation for clear error on the face of the record. No such error is apparent.

The Court ADOPTS Judge Russo's Findings and Recommendation, ECF 109. The Court GRANTS Plaintiffs' Motion for Default Judgment against Defendants Left Coast Financial Solutions, Inc., Left Coast FS Holdings, Inc., and Left Coast FS Rancheria, Inc., ECF 105.

**IT IS SO ORDERED.**

DATED this 6th day of April, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 3 – ORDER